# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __15-4444__ as

☐ Retained  ☑ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☐ Government

COUNSEL FOR: __Miguel Eloiza Arellano__

_____ as the
(party name)

☑ appellant(s)  ☐ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

_/s/ [signature]_
(signature)

__Matthew C. Joseph__
Name (printed or typed)

__Law Office of Norman Butler__
Firm Name (if applicable)

__725 E. Trade Street, Suite 100__

__Charlotte, NC 28202__
Address

__704-335-8686__
Voice Phone

__704-332-6213__
Fax Number

__butlerlawoffice@aol.com/mcjbutlerlaw@aol.com__
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __8-6-15__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Amy E. Ray

_/s/ [signature]_
Signature

__8-6-15__
Date

05/07/2014
SCC